1  J. Andrew Coombs (SBN 123881)
2  Nicole L. Drey (SBN 250235)
   J. Andrew Coombs, A Prof. Corp.
3  517 East Wilson Avenue, Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile: (818) 500-3201
5
   andy@coombspc.com
6  nicole@coombspc.com

7  Attorneys for Plaintiff
   Adobe Systems Incorporated

8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA

10  Adobe Systems Incorporated,           )   Case No. C08 02435
11                                        )
                    Plaintiff,            )   NOTICE OF INTERESTED PARTIES
12         v.                             )
                                          )   CIVIL LOCAL RULE 3-16(c)(1)
13  Christopher Cain, an individual and d/b/a )
    www.ascendancygroup.com and Does 1 – 10, )
14  inclusive,                            )
                                          )
15                  Defendants.           )

16
         Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the
17
    named parties, there is no such interest to report.
18

19  Dated: May 8, 2008                    J. Andrew Coombs, A Professional Corp.

20
                                          By: /s/ Nicole L. Drey
21                                            J. Andrew Coombs
                                              Nicole L. Drey
22                                        Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Cain: Notice of Interested Parties        - 1 -