1  J. Andrew Coombs (SBN 123881)
   Nicole L. Drey (SBN 250235)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200   E-FILING
4  Facsimile: (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

**Filed**

MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11  Adobe Systems Incorporated,           )   Case No. C08 02435 JL
                                          )
12               Plaintiff,               )   PLAINTIFF'S DECLINATION TO
            v.                            )   PROCEED BEFORE MAGISTRATE
13                                        )   JUDGE AND REQUEST FOR
    Christopher Cain, an individual and d/b/a  )   REASSIGNMENT TO A UNITED
14  www.ascendancygroup.com and Does 1 – 10,  )   STATES DISTRICT JUDGE
    inclusive,                            )
15                                        )
                 Defendants.              )

16  **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17       The undersigned party hereby declines to consent to the assignment of this case to a United

18  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

19  to a United States District Judge.

20
21  Dated: May 8, 2008              J. Andrew Coombs, A Professional Corp.
22
                                    By: /s/ Nicole L. Drey
23                                      J. Andrew Coombs
                                        Nicole L. Drey
24                                  Attorneys for Plaintiff Adobe Systems Incorporated

25
26
27
28                                                                    ORIGINAL

Adobe v. Cain: Declination to Proceed Before Magistrate    - 1 -