1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)
10

11  Adobe Systems Incorporated,            )   Case No. C08-2435 RMW
                                           )
12              Plaintiff,                 )   REQUEST TO CONTINUE CASE
        v.                                 )   MANAGEMENT CONFERENCE
13                                         )
    Christopher Cain, an individual and d/b/a )
14  www.ascendancygroup.com and Does 1 through )
    10, inclusive,                         )
15                                         )
                Defendants.                )
16

17         PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its

18  counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

19         WHEREAS the Court set the Scheduling Conference in the above-captioned matter on

20  August 22, 2008, at 10:30 a.m.;

21         WHEREAS Defendant was served on or about June 5, 2008;

22         WHEREAS Plaintiff filed the Proof of Service on or about July 8, 2008;

23         WHEREAS Defendant's answer was due on or about July 5, 2008;

24         WHEREAS Defendant has not filed an answer or otherwise responded to the Complaint;

25         WHEREAS Defendant contacted Plaintiff's counsel on or about July 16, 2008, seeking to

26  resolve this matter;

27

28

Adobe v. Cain: Request to Cont. CMC           - 1 -

WHEREAS Defendant has not responded to Plaintiff since his initial contact, despite several follow-up attempts seeking disclosures necessary to engage in meaningful settlement negotiations;

WHEREAS Plaintiff filed its Request for Entry of Default on or about August 4, 2008;

WHEREAS Plaintiff is currently awaiting the Clerk's Entry of Default before beginning to prepare its Motion for Default Judgment;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until November 7, 2008, or a date thereafter acceptable to the Court.

Dated: August 5, 2008                J. Andrew Coombs, A Professional Corp.

                                     By: /s/ Nicole L. Drey
                                         J. Andrew Coombs
                                         Nicole L. Drey
                                     Attorneys for Plaintiff Adobe Systems Incorporated

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 6, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Christopher Cain, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Christopher Cain, an individual and
d/b/a www.ascendancygroup.com
89 Davis Ave.
Staten Island, NY 10310

Place of Mailing: Glendale, California
Executed on August 6, 2008, at Glendale, California

_Katrina Bartolome_
Katrina Bartolome

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8

9                       UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

11 Adobe Systems Incorporated,           )   Case No. C08-2435 RMW
                                         )
12              Plaintiff,               )   [PROPOSED] ORDER GRANTING
         v.                              )   CONTINUANCE OF CASE
13                                       )   MANAGEMENT CONFERENCE
                                         )
14 Christopher Cain, an individual and d/b/a )
   www.ascendancygroup.com and Does 1 through )
15 10, inclusive,                        )
                                         )
16              Defendants.              )

17       On or about June 7, 2008, the Court set a Case Management Conference on August 22,

18 2008 at 10:30 a.m.

19       Plaintiff thereafter filed its request to continue the Case Management Conference to allow

20 sufficient time to allow the Clerk to enter Defendant's default and for Plaintiff to file and be heard

21 on a motion for default judgment.

22 / / /

23
   / / /
24

25 / / /

26
   / / /
27

28

Adobe v. Cain: Proposed Order                - 1 -

1 |       In light of the request, the Case Management Conference currently on calendar for August
2 | 22, 2008 at 10:30 a.m., is continued until _____, at _____.
3 |
4 | IT IS SO ORDERED:
5 |
6 | Dated:
                                                                        _____
7 |                                                                       Hon. Ronald M. Whyte
                                                                      United States District Judge, Northern District of
                                                                      California
8 | PRESENTED BY:
9 |
10 | J. Andrew Coombs, A Professional Corp.
11 | By: _/s/ Nicole L. Drey_____
          J. Andrew Coombs
12 |           Nicole L. Drey
  Attorneys for Plaintiff Adobe Systems Incorporated
13 |

Adobe v. Cain: Proposed Order                                                - 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 6, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Christopher Cain, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Christopher Cain, an individual and
d/b/a www.ascendancygroup.com
89 Davis Ave.
Staten Island, NY 10310

Place of Mailing: Glendale, California
Executed on August 6, 2008, at Glendale, California

_____
Katrina Bartolome