**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 7, 2008

RE:  CV 08-02435 RMW    Adobe Systems Incorporated-v- Cain

Default is entered as to Christopher Cain, an individual and dba www.ascendancygroup.com on August 6, 2008..


RICHARD W. WIEKING, Clerk

by /s/ Diane Miyashiro
Case Systems Administrator

NDC TR-4  Rev. 3/89

1  J. Andrew Coombs (SBN 123881)
   Nicole L. Drey (SBN 250235)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile: (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

8

DEFAULT ENTERED
August 6, 2008
RICHARD W. WIEKING, CLERK
By_____
Deputy Clerk

9                   UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11
   Adobe Systems Incorporated,           )   Case No. C08-02435 RMW
12                                        )
                   Plaintiff,             )
13       v.                               )   REQUEST FOR ENTRY OF DEFAULT;
                                          )   DECLARATION OF J. ANDREW
14 Christopher Cain, an individual and d/b/a )  COOMBS IN SUPPORT
   www.ascendancygroup.com and Does 1 – 10, )
15 inclusive,                             )
                                          )
16                 Defendants.            )

17
       Plaintiff Adobe Systems Incorporated, ("Plaintiff") hereby requests that the Clerk of the
18
   above-entitled Court enter the default in this matter against Defendant Christopher Cain, an
19
   individual and d/b/a www.ascendancygroup.com ("Defendant") on the grounds that the Defendant
20
   has failed to respond to the Complaint in this action within the time proscribed by the Federal Rules
21
   of Civil Procedure.
22
       Plaintiff served the Summons and Complaint on Defendant on or about June 5, 2008.
23
       Proof of service was previously filed with the Court on or about July 8, 2008.
24
   / / /
25

26
   / / /
27

28
   Adobe v. Cain, et al.: Request for Entry of Default        - 1 -

The above stated facts are set forth in the accompanying declaration of J. Andrew Coombs filed herewith.

DATED: August 4, 2008

J. Andrew Coombs, A Professional Corp.

By: J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Cain, et al.: Request for Entry of Default                - 2 -