| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | *andy@coombspc.com*<br>Nicole L. Drey (SBN 250235) |
| 3 | *nicole@coombspc.com*<br>J. Andrew Coombs, A Prof. Corp. |
| 4 | 517 East Wilson Avenue, Suite 202<br>Glendale, California 91206 |
| 5 | Telephone:   (818) 500-3200<br>Facsimile:   (818) 500-3201 |
| 6 | Attorneys for Plaintiff Adobe |
| 7 | Systems Incorporated |

*E-FILED - 8/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-2435 RMW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | CONTINUANCE OF CASE |
| | ) | MANAGEMENT CONFERENCE |
| Christopher Cain, an individual and d/b/a | ) | |
| www.ascendancygroup.com and Does 1 through | ) | |
| 10, inclusive, | ) | |
| Defendants. | ) | |

On or about June 7, 2008, the Court set a Case Management Conference on August 22, 2008 at 10:30 a.m.

Plaintiff thereafter filed its request to continue the Case Management Conference to allow sufficient time to allow the Clerk to enter Defendant's default and for Plaintiff to file and be heard on a motion for default judgment.

/ / /

/ / /

/ / /

/ / /

Adobe v. Cain: Proposed Order                           - 1 -

1      In light of the request, the Case Management Conference currently on calendar for August 22, 2008 at 10:30 a.m., is continued until __October 31, 2008__, at __10:30 a.m.__

IT IS SO ORDERED:  Plaintiff shall file a motion for default judgment by 9/12/08.

Dated: 8/19/08

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: *Nicole L Drey*
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 6, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Christopher Cain, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Christopher Cain, an individual and
d/b/a www.ascendancygroup.com
89 Davis Ave.
Staten Island, NY 10310

Place of Mailing: Glendale, California
Executed on August 6, 2008, at Glendale, California

_____
Katrina Bartolome