E-FILED on: 10/3/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER CAIN, individually and d/b/a www.ascendencygroup.com, *et al.* <br><br> Defendants. | No. C-08-02435 RMW <br><br> REQUEST FOR FURTHER BRIEFING IN SUPPORT OF ADOBE'S MOTION FOR DEFAULT JUDGMENT <br><br> [Re Docket Nos. 17] |

Plaintiff Adobe Systems, Inc. moves for default judgment against defendant Christopher Cain based on Mr. Cain's alleged unauthorized distribution of Adobe software on eBay. Adobe alleges that Mr. Cain lives in Staten Island, New York, but that jurisdiction is proper in this district. Compl. ¶¶ 12, 13. In support of its motion, Adobe submits evidence of transaction between Mr. Cain and Adobe's agents in Woodland Hills, California. Johnson Decl., Ex. C.

The court requests further briefing in support of Adobe's motion regarding the impact, if any, of *Boschetto v. Hansing*, 539 F.3d 1011 (9th Cir. Aug. 20, 2008). Adobe should file any such briefing by October 10, 2008.

DATED: 10/3/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

REQUEST FOR FURTHER BRIEFING IN SUPPORT OF ADOBE'S MOTION FOR DEFAULT JUDGMENT
No. C-08-02435 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  J. Andrew Coombs            andy@coombspc.com
   Nicole Lynn Drey            nicole@coombspc.com

4  **Defendants:**

   (No appearance)

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/3/2008                                    TSF
                                              **Chambers of Judge Whyte**

REQUEST FOR FURTHER BRIEFING IN SUPPORT OF ADOBE'S MOTION FOR DEFAULT JUDGMENT
No. C-08-02435 RMW
TSF                                           2